# ELECTRONIC RECORD

COA #  06-14-00008-CR          OFFENSE:  49.04

STYLE:  Marisol Priego v. The State of Texas          COUNTY:  Gregg

COA DISPOSITION:  Modified and as Modified Affirmed          TRIAL COURT:  124th District Court

DATE: 2/13/15          Publish: YES   TC CASE #:  41,399-B


## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Marisol Priego v. The State of Texas          CCA #:  269-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 06/03/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**